**Order filed December 18, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01082-CR
_____

**AVELINO GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 605432-A**

## O R D E R

The clerk's record was filed December 12, 2012. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the trial court's order.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before January 2, 2013, containing the trial court's order.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM